**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROY L. SMARTT,**

    **Plaintiff,**

v.                                                             Case No:   6:17-cv-53-Orl-18GJK

**U.S. AIR FORCE,**

    **Defendant.**

**REPORT AND RECOMMENDATION**

This cause came on for consideration on Plaintiff's recently-filed notice with the Clerk. Doc. No. 17. On May 25, 2017, Plaintiff filed the operative complaint (the "Complaint"). Doc. No. 15. On the same day, Plaintiff filed a motion for leave to proceed *in forma pauperis*. Doc. No. 16. On July 11, 2017, Plaintiff filed a notice to with the Clerk requesting to make the above-styled case "null and void." Doc. No. 17. Plaintiff also states that the case was filed through error. *Id.* The Court interprets Plaintiff's notice as a notice for voluntary dismissal.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) states that a Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *Id.* Here, Defendant has yet to appear in this case, and thus Rule 41(a)(1)(A)(i) is satisfied.

Based on the foregoing, it is **RECOMMENDED** that the Court:

    1)  **DISMISS** the Complaint (Doc. No. 15); and

    2)  **DENY** all pending motions and **DIRECT** the Clerk to close the case.

**The Clerk is directed to send a copy of this report and recommendation to Plaintiff by regular and certified mail.**

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1. In order to expedite the final disposition of this matter, if Plaintiff has no objections to this report and recommendation, he may promptly file a notice of no objection.

Recommended in Orlando, Florida on July 24, 2017.

*[signature]*
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy