UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROY L. SMARTT,

        Plaintiff,

v.                                         Case No: 6:17-cv-53-Orl-18GJK

U.S. AIR FORCE,

        Defendant.
_____

## ORDER

This cause came on for consideration on Plaintiff Roy L. Smartt's Motion to Proceed in Forma Pauperis (Doc. 16), which the Court referred to United States Magistrate Judge Gregory J. Kelly, as well as Smartt's Notice to Clerk (Doc. 17). On July 24, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 18), and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Roy L. Smartt's Motion to Proceed in Forma Pauperis (Doc. 16) is **DENIED**.

3. Plaintiff Roy L. Smartt's Amended Complaint (Doc. 15) is **DISMISSED**.

4. The Clerk of Court is **DIRECTED** to close the case.

The Clerk is directed to send a copy of this Order to Plaintiff by regular and certified mail.

**DONE AND ORDERED** in Orlando, Florida, this 15 day of August, 2017.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties